AO 442 (Rev. 11/11) Arrest Warrant

FIO# 10228678

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
LUTHER MCDUFFIE

)
)
)
)
)
)
)

Case: 1:21-cr-00465
Assigned To : Friedrich, Dabney L.
Assign. Date : 9/7/2021
Description: Superseding Indictment (B)
Related Case: 21-cr-465 (DLF)

Defendant

U.S. MARSHAL-DC AM8:04
RECEIVED SEP 20 '21

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LUTHER MCDUFFIE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, a Mixture and Substance Containing a Detectable Amount of Fentanyl, a Mixture and Substance Containing a Detectable Amount of Phencyclidine, and a Mixture and Substance Containing a Detectable Amount of Marijuana;
FORFEITURE: 18 U.S.C. § 1963; 28 U.S.C. § 2461; 21 U.S.C. § 853(p) and 18 U.S.C. § 982(a)(1)

Date:   09/07/2021

Zia M. Faruqui
2021.09.07 16:34:09 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/8/2021, and the person was arrested on *(date)* 12/8/21
at *(city and state)* Washington D.C.

Date: 12/8/21

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK
Laurence Pierre-Louis
Digitally signed by Laurence Pierre-Louis
Date: 2021.09.08 10:29:39 -04'00'

DUSM
*Arresting officer's signature*

Ka'Ron McBride   DUSM
*Printed name and title*